**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Triad Well Service, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-30150** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.   **Cash on hand** _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Amegy Bank** | Checking account | 1 6 6 1 | $258.76 |
| 3.2.   **Prosperity Bank** | Checking account | 2 8 1 4 | $48,060.29 |

4.   **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$48,319.05** |

### Part 2: Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor      **Triad Well Service, LLC**
            _____          Case number (if known)  **18-30150**
            Name

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.                                    **$0.00**

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

     ☐ No.  Go to Part 4.
     ☑ Yes.  Fill in the information below.

11.  **Accounts receivable**

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ............ → | **$0.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$1,102,000.00** | – | **$0.00** | = ............ → | **$1,102,000.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            **$1,102,000.00**

## Part 4:  Investments

13.  **Does the debtor own any investments?**

     ☑ No.  Go to Part 5.
     ☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                     % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

17.  **Total of Part 4**
     Add lines 14 through 16.  Copy the total to line 83.                               **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☐ No.  Go to Part 6.
     ☑ Yes.  Fill in the information below.

Debtor  **Triad Well Service, LLC**
       Name

Case number (if known)  **18-30150**

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |
|    5,000 gallons chemicals | | | | $45,000.00 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

                                                  **$45,000.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

                                                  **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
           ☐ No
           ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

Debtor   **Triad Well Service, LLC**
        Name                                Case number (if known)   **18-30150**

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Furniture | | | $200.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2 Laptop computers | | | $600.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    **$800.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ☑ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☐ No. Go to Part 9.
    - ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **18 ft trailer (1)** | | | $2,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    **$2,000.00**

Debtor  **Triad Well Service, LLC**_____ Case number (if known) __18-30150_____
        Name

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **4200 3rd St.**<br>**Brookshire, TX 77423**<br>4200 3rd St. | Leasehold interest | | | Unknown |
| 55.2. **8370 Mines Rd.**<br>**Laredo, TX 78045**<br>8370 Mines Rd. | Leasehold interest | | | Unknown |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor   **Triad Well Service, LLC**                                    Case number (if known)   **18-30150**
         _____                                                        _____
         Name

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                  | $0.00 |
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                                    **Current value of**
                                                                                    **debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

    **Undelivered purchased product**
    **Live Oak Solutions**
    **850 Kaliste Saloom Rd**
    **#202**
    **Lafayette, LA 70508**                                                             $307,000.00

    Nature of claim         Potential claim
    Amount requested        $307,000.00

    **Insufficient check**
    **Jeff Scriber and GS Oilfield Services, Inc.**
    **c/o Boyd Powers Williamson**
    **105 North St., Ste. B**
    **PO Box 957**
    **Decatur, TX 75234**                                                               $20,200.00

    Nature of claim         Potential claim
    Amount requested        $20,200.00

Debtor   __Triad Well Service, LLC_____     Case number (if known) __18-30150_____
          Name

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

| | $327,200.00 |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $48,319.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,102,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $327,200.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $1,525,319.05 + | 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................

| | $1,525,319.05 |
|---|---|

**Fill in this information to identify the case:**

Debtor name **Triad Well Service, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **18-30150**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑ Yes.  Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| Column A | Column B |
|---|---|
| Amount of claim | Value of collateral |
| Do not deduct the value of collateral. | that supports this claim |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $253,138.66

Debtor   **Triad Well Service, LLC**                                    Case number (if known) **18-30150**

---

| **Part 1:** | **Additional Page** | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.1** | Creditor's name | Describe debtor's property that is subject to a lien | **$111,794.34** | **$1,103,319.05** |
| --- | --- | --- | --- | --- |

**Argus Capital Funding, LLC**

Creditor's mailing address
**85 Broad St., 17th Floor**

_____

**New York          NY   10004**

Creditor's email address, if known

_____

Date debt was incurred      **8/22/17**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

**For Amegy Bank: 1) Argus Capital
Funding, LLC; 2) Catamount Finance
LP; 3) CT Corporation as
Representative; 4) Corporation
Service Co as Rep; 5) Firstline
Capital; 6) Kings Cash Group; 7)
Complete Business Solutions Grp.
For Prosperity Bank: 1) Argus
Capital Funding, LLC; 2) Catamount
Finance LP; 3) CT Corporation as
Representative; 4) Corporation
Service Co as Rep; 5) Firstline
Capital; 6) Kings Cash Group; 7)
Complete Business Solutions Grp.
For Sanchez Oil & Gas   600,000. GS
Oilfield Services   80,000. : 1) Argus
Capital Funding, LLC; 2) Catamount
Finance LP; 3) CT Corporation as
Representative; 4) Corporation
Service Co as Rep; 5) Firstline
Capital; 6) Kings Cash Group; 7)
Complete Business Solutions Grp.
For 5,000 gallons chemicals: 1)
Argus Capital Funding, LLC; 2)
Catamount Finance LP; 3) CT
Corporation as Representative; 4)
Corporation Service Co as Rep; 5)
Firstline Capital; 6) Kings Cash
Group; 7) Complete Business
Solutions Grp. For Furniture: 1)
Argus Capital Funding, LLC; 2)
Catamount Finance LP; 3) CT
Corporation as Representative; 4)
Corporation Service Co as Rep; 5)
Firstline Capital; 6) Kings Cash
Group; 7) Complete Business
Solutions Grp. For 2 Laptop
Computers: 1) Argus Capital
Funding, LLC; 2) Catamount Finance
LP; 3) CT Corporation as**

Describe debtor's property that is
subject to a lien

**Assets, accounts receivables**

Describe the lien

**UCC lien / Judgment Lien**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Debtor   **Triad Well Service, LLC**                                 Case number (if known) **18-30150**

| **Part 1:** | **Additional Page** |
| --- | --- |

| Column A | Column B |
| --- | --- |
| Amount of claim | Value of collateral |
| Do not deduct the | that supports |
| value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2** Creditor's name
**Catamount Finance LP**

Describe debtor's property that is subject to a lien

**Assets accounts receivable**

Creditor's mailing address
**11777 Katy Frwy, Ste. 270**

Describe the lien

**UCC Lien**

_____

Is the creditor an insider or related party?

**Houston          TX     77079**

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred    **6/14/17**

Last 4 digits of account
number          ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.1**

|  | Unknown | $1,103,319.05 |
|---|---|---|

**2.3** Creditor's name
**Complete Business Solutions Grp**

Describe debtor's property that is subject to a lien

**Accounts, receivables**

Creditor's mailing address
**141 N. 2nd St.**

Describe the lien

**UCC Lien**

_____

Is the creditor an insider or related party?

**Philadelphia          PA     19106**

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred    **8/22/17**

Last 4 digits of account
number          ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.1**

|  | $49,376.32 | $1,103,319.05 |
|---|---|---|

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3

Debtor  **Triad Well Service, LLC**                          Case number (if known) **18-30150**

| **Part 1:** | **Additional Page** | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**  **Creditor's name**
**Corporation Service Co as Rep**

**Creditor's mailing address**
**PO Box 2576**

_____

**Springfield        IL    62708**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **11/15/16**

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**Accounts, receivables**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**     Column B: **$1,103,319.05**

---

**2.5**  **Creditor's name**
**CT Corporation as Representative**

**Creditor's mailing address**
**330 N Brand Blvd #700**

**Attn:  SPRS**

**Glendale        CA   91203**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **4/22/16**

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
**Accounts, receivables**

**Describe the lien**
**UCC lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**     Column B: **$1,103,319.05**

Debtor **Triad Well Service, LLC**   Case number (if known) **18-30150**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- |

**2.6**

**Creditor's name**
Firstinline Capital

Describe debtor's property that is subject to a lien

Accounts, receivables

**Unknown** | **$1,103,319.05**

**Creditor's mailing address**
8605 Santa Monica Blvd #35697

Describe the lien

UCC lien

Los Angeles        CA    90069

Is the creditor an insider or related party?
☑ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    1/23/17

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

---

**2.7**

**Creditor's name**
Kings Cash Group

Describe debtor's property that is subject to a lien

Accounts, receivables

**$91,968.00** | **$1,103,319.05**

**Creditor's mailing address**
30 Broad St., Ste. 1201
New York, NY

Describe the lien

UCC lien

Is the creditor an insider or related party?
☑ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    7/20/17

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

Debtor   **Triad Well Service, LLC**                                            Case number (if known) **18-30150**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ABF Servicing Attn: Kadine Lyons**<br>**PO Box 1065**<br><br>**New York**　　　　**NY**　**10272** | Line **2.7** | ___ ___ ___ ___ |
| **Ariel Bouskila, Esq.**<br>**40 Exchange Place Ste 1306**<br><br>**New York**　　　　**NY**　**10005** | Line **2.7** | ___ ___ ___ ___ |
| **Jason A. Gang, Esq.**<br>**1245 Hewlett Plaza, #478**<br><br>**Hewlett**　　　　**NY**　**11557** | Line **2.1** | ___ ___ ___ ___ |
| **Norman M. Valz, Esq.**<br>**205 Arch Street, 2nd Floor**<br><br>**Philadelphia**　　　　**PA**　**19106** | Line **2.3** | ___ ___ ___ ___ |
| **Par Funding**<br>**141 N 2nd St**<br><br>**Philadelphia**　　　　**PA**　**19106** | Line **2.3** | ___ ___ ___ ___ |
| **Stephen E. Price**<br>**1102 West Ave., Ste. 200**<br><br>**Austin**　　　　**TX**　**78701-2020** | Line **2.1** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Triad Well Service, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **18-30150** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| | | |

**2.1** Priority creditor's name and mailing address

**Cypress-Fairbanks ISD Tax Office**

**10494 Jones Rd., Ste. 106**

**Houston**              **TX**    **77065**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**2015 & 2016**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$5,309.04**     Priority amount: **$5,309.04**

**2.2** Priority creditor's name and mailing address

**Harris County Tax-Assessor-Coll**

**PO Box 4622**

**Houston**              **TX**    **77210-4622**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**2015 & 2016**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,895.42**     Priority amount: **$2,895.42**

Debtor  **Triad Well Service, LLC**                                    Case number (if known)  **18-30150**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**1st Global Capital Financial Serv**

**1250 E Hallandale Beach Blvd**

**Ste. 409**

**Hallandale Beach**          FL      33009

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

$164,821.00

| 3.2 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**Chemico International, Inc.**

**505 Stonegate Dr., Ste. 200**

**Katy**                      TX      77494

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chemicals**

Is the claim subject to offset?
☑ No
☐ Yes

$200,589.01

| 3.3 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**Detechtion Technologies**

**24 Greenway Plaza, Ste. 1050**

**Houston**                   TX      77423

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$15,964.74

| 3.4 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**Ford Motor Credit**

**PO Box 107104**

**Atlanta, GA**

Date or dates debt was incurred

Last 4 digits of account number        9  3  4  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$13,000.00

Debtor   __Triad Well Service, LLC_____   Case number (if known) __18-30150_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | | $13,000.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__Ford Motor Credit_____

__PO Box 107104_____
☐ Contingent
☐ Unliquidated
☐ Disputed

__Atlanta, GA_____

**Basis for the claim:**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _7_  _8_  _2_  _8_

---

| 3.6 | Nonpriority creditor's name and mailing address | | $21,000.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__Ford Motor Credit_____

__PO Box 107104_____
☐ Contingent
☐ Unliquidated
☐ Disputed

__Atlanta, GA_____

**Basis for the claim:**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _9_  _5_  _8_  _0_

---

| 3.7 | Nonpriority creditor's name and mailing address | | $143,688.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__Green Capital Funding, LLC_____

__1 Evertrust Plaza, 14th Floor___
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Judgment_____

__Jersey City_____ NJ   07302__

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

---

| 3.8 | Nonpriority creditor's name and mailing address | | $61,992.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

__Last Chance Funding, Inc._____

__411 Hempstead Turnpike #101_____
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Judgment_____

__West Hempstead_____ NY   11552__

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

---

Debtor   **Triad Well Service, LLC**                    Case number (if known) __18-30150__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                              **Amount of claim**

**3.9**   Nonpriority creditor's name and mailing address                                        **$300,000.00**

**Mark Wallock**                              As of the petition filing date, the claim is:
                                              *Check all that apply.*
**120 Country Lane**                          ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

                                              Basis for the claim:
**Seguin**                    **TX   78155**   _____

Date or dates debt was incurred   **March 2016**   Is the claim subject to offset?
                                                    ☒ No
Last 4 digits of account number   __ __ __ __        ☐ Yes


**3.10**   Nonpriority creditor's name and mailing address                                       **$866,000.00**

**Michael Bagdoian, MD**                       As of the petition filing date, the claim is:
                                               *Check all that apply.*
**19123 Park Lane**                            ☐ Contingent
                                               ☐ Unliquidated
                                               ☐ Disputed

                                               Basis for the claim:
**Grose Ile**                 **MI   48138**    _____

Date or dates debt was incurred   **6/01/20016**   Is the claim subject to offset?
                                                    ☒ No
Last 4 digits of account number   __ __ __ __        ☐ Yes


**3.11**   Nonpriority creditor's name and mailing address                                       **$16,000.00**

**Oilfield Labs of America**                   As of the petition filing date, the claim is:
                                               *Check all that apply.*
**PO Box 998**                                 ☐ Contingent
                                               ☐ Unliquidated
                                               ☐ Disputed

                                               Basis for the claim:
**Levelland**                 **TX   79336**    _____

Date or dates debt was incurred   _____   Is the claim subject to offset?
                                                 ☒ No
Last 4 digits of account number   __ __ __ __     ☐ Yes


**3.12**   Nonpriority creditor's name and mailing address                                       **$5,974.00**

**Richmond Capital Group LLC**                 As of the petition filing date, the claim is:
                                               *Check all that apply.*
**111 John St., Rm 1440**                      ☒ Contingent
                                               ☐ Unliquidated
                                               ☒ Disputed

                                               Basis for the claim:
**New York**                  **NY   10038-3117**   **Judgment**

Date or dates debt was incurred   _____   Is the claim subject to offset?
                                                 ☒ No
Last 4 digits of account number   __ __ __ __     ☐ Yes

Debtor    __Triad Well Service, LLC_____    Case number (if known) __18-30150_____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.13**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__SGS NA, Inc.__

__900 Georgia Ave__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

__Deer Park_____ TX __44536__

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$11,195.92**

---

| | |
|---|---|
| **3.14**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__TEXAM Pumps__

__5623 Tuskegee St.__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

__Houston_____ TX __77091__

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$187,304.16**

---

| | |
|---|---|
| **3.15**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

__TVT Capital, LLC__

__30 Wall St, 8th Floor__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment__

__New York_____ NY __10005__

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$84,420.00**

---

Debtor   **Triad Well Service, LLC**                                          Case number (if known) __18-30150__

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cardinal Equity LLC** <br> **30 Wall St., 8th Floor** <br><br> **New York          NY     10005** | Line **3.15** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.2 | **Internal Revenue Service** <br> **P.O. Box 7346** <br><br> **Philadelphia        PA     19101-7346** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.3 | **Linbarger Goggan et al.** <br> **PO Box 3064** <br><br> **Houston            TX     77253-3064** | Line **2.1** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.4 | **Max Recovery Group, LLC** <br> **One World Trade Center** <br> **Ste. 8500** <br><br> **New York          NY     10007** | Line **3.7** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.5 | **Par Funding** <br> **141 N. 2nd St.** <br><br> **Philadelphia        PA     19106** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.6 | **Swisher & Associates** <br> **106 E. 6th St.** <br><br> **Austin            TX     78701** | Line **3.14** <br> ☐ Not listed. Explain: | __ __ __ __ |

Debtor   __Triad Well Service, LLC_____   Case number (if known) __18-30150_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.   **Total claims from Part 1**                     5a. _____ $8,204.46

5b.   **Total claims from Part 2**                     5b. **+** _____ $2,104,948.83

5c.   **Total of Parts 1 and 2**                       5c. _____ $2,113,153.29
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __Triad Well Service, LLC__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number __18-30150__          Chapter __11__
(if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | | | |
|---|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 4 pick up trucks (month to month) Contract to be ASSUMED | Enterprise Rent A Car | | |
| | | | 1505 Harry Wurzbach | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | San Antonio | TX | 78209 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office lease (month to month) Contract to be ASSUMED | Gary Woods/Kellner Bus Park | | |
| | | | 4200 3rd St. | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Brookshire | TX | 77423 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Rental of land and forklift (month to month) Contract to be ASSUMED | Orozco Crane | | |
| | | | 8370 Mines Rd | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | Laredo | TX | 78045 |

**Fill in this information to identify the case:**

Debtor name __Triad Well Service, LLC__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number __18-30150__
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | |
| 2.1 LGM Environmental, Ltd. | PO Box 549 <br> Number    Street <br><br> Brookshire      TX   77423-0549 <br> City                State   ZIP Code | Kings Cash Group | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Metro Security Systems Inc. | PO Box 549 <br> Number    Street <br><br> Brookshire      TX   77423-0549 <br> City                State   ZIP Code | Kings Cash Group | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 Michael Bagdoian, MD | 19123 <br> Number    Street <br><br> Crosse Ile      MI   48138 <br> City                State   ZIP Code | Ford Motor Credit | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 Michael Bagdoian, MD | 19123 Park Lane <br> Number    Street <br><br> Grosse Ile      MI   48138 <br> City                State   ZIP Code | Ford Motor Credit | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor   __Triad Well Service, LLC_____   Case number (if known) __18-30150_____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.5** Michael Bagdoian, MD | 19123 Park Lane<br>Number   Street<br><br>Grosse Ile    MI   48138<br>City    State   ZIP Code | Ford Motor Credit | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** Michael T. Kramer | 4210 Waterbeck<br>Number   Street<br><br>Fulshear    TX   77441<br>City    State   ZIP Code | 1st Global Capital Financial Serv | ☐ D<br>☑ E/F<br>☐ G |
| **2.7** Michael T. Kramer | 4210 Waterbeck<br>Number   Street<br><br>Fulshear    TX   77441<br>City    State   ZIP Code | Argus Capital Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| **2.8** Michael T. Kramer | 4210 Waterbeck<br>Number   Street<br><br>Fulshear    TX   77441<br>City    State   ZIP Code | Complete Business Solutions Grp | ☑ D<br>☐ E/F<br>☐ G |
| **2.9** Michael T. Kramer | 4210 Waterbeck<br>Number   Street<br><br>Fulshear    TX   77441<br>City    State   ZIP Code | Green Capital Funding, LLC | ☐ D<br>☑ E/F<br>☐ G |
| **2.10** Michael T. Kramer | 4210 Waterbeck<br>Number   Street<br><br>Fulshear    TX   77441<br>City    State   ZIP Code | Kings Cash Group | ☑ D<br>☐ E/F<br>☐ G |
| **2.11** Michael T. Kramer | 4210 Waterbeck<br>Number   Street<br><br>Fulshear    TX   77441<br>City    State   ZIP Code | Last Chance Funding, Inc. | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Triad Well Service, LLC**                                   Case number (if known)  **18-30150**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.12  Michael T. Kramer | 4210 Waterbeck<br>Number      Street<br><br>Fulshear            TX    77441<br>City                      State    ZIP Code | Richmond Capital Group LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.13  Michael T. Kramer | 4210 Waterbeck<br>Number      Street<br><br>Fulshear            TX    77441<br>City                      State    ZIP Code | TVT Capital, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.14  T.E.S., LLC | PO Box 549<br>Number      Street<br><br>Brookshire          TX    77423-0549<br>City                      State    ZIP Code | Kings Cash Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.15  Total Remediation Initiatives | And Designs Energy Services, LLC<br>Number      Street<br>PO Box 549<br>Brookshire          TX    77423-0549<br>City                      State    ZIP Code | Kings Cash Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.16  Triad Specialty Solutions Ecuador | PO Box 549<br>Number      Street<br><br>Brookshire          TX    77423-0549<br>City                      State    ZIP Code | Kings Cash Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.17  Triad Specialty Solutions, LLC | 4200 3rd St.<br>Number      Street<br><br>Brookshire          TX    77423<br>City                      State    ZIP Code | Richmond Capital Group LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.18  Triad Specialty Solutions, LLC | PO Box 549<br>Number      Street<br><br>Brookshire          TX    77423-0549<br>City                      State    ZIP Code | Argus Capital Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   __Triad Well Service, LLC__ _____   Case number (if known) __18-30150__ _____

■ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.19 **Triad Specialty Solutions, LLC** | **PO Box 549** <br> Number       Street | **Kings Cash Group** | ☑ D <br> ☐ E/F <br> ☐ G |
| | **Brookshire**       **TX**   **77423-0549** <br> City                        State    ZIP Code | | |
| 2.20 **Triad Specialty Solutions, LLC** | **PO Box 549** <br> Number       Street | **Complete Business Solutions Grp** | ☑ D <br> ☐ E/F <br> ☐ G |
| | **Brookshire**       **TX**   **77423-0549** <br> City                        State    ZIP Code | | |
| 2.21 **Tripuls** | **PO Box 549** <br> Number       Street | **Kings Cash Group** | ☑ D <br> ☐ E/F <br> ☐ G |
| | **Brookshire**       **TX**   **77423** <br> City                        State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name  **Triad Well Service, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **18-30150**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B...................................................................................

$0.00

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................

$1,525,319.05

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B...................................................................................

$1,525,319.05

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................

$253,138.66

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................

$8,204.46

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................................

+  $2,104,948.83

4.  **Total liabilities**
    Lines 2 + 3a + 3b...............................................................................................

$2,366,291.95

**Fill in this information to identify the case and this filing:**

Debtor Name   **Triad Well Service, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **18-30150**
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/29/2018**          X _____
         MM / DD / YYYY                        Signature of individual signing on behalf of debtor

**Michael T. Kramer**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Triad Well Service, LLC__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number __18-30150__
(if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From __01/01/2018__ <br> MM / DD / YYYY | to | Filing date | | ☑ Operating a business <br> ☐ Other ____ | **$105,953.50** |
| For prior year: | From __01/01/2017__ <br> MM / DD / YYYY | to | __12/31/2017__ <br> MM / DD / YYYY | | ☑ Operating a business <br> ☐ Other ____ | **$2,560,672.00** |
| For the year before that: | From __01/01/2016__ <br> MM / DD / YYYY | to | __12/31/2016__ <br> MM / DD / YYYY | | ☑ Operating a business <br> ☐ Other ____ | **$315,390.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Chemico International, Inc.** <br> Creditor's name <br> **505 Stonegate Dr., Ste. 200** <br> Street <br><br> **Katy**          **TX    77494** <br> City          State    ZIP Code | 11/03/17 - <br> **$50,005.50** <br> 11/27/17 - <br> **$30,000** <br> 12/19/17 - <br> **$40,000** | **$120,005.50** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other ____ |

Debtor    **Triad Well Service, LLC** _____          Case number (if known)   18-30150
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.2.** **Michael Bagdoian, MD**
        Creditor's name
        **19123 Park Lane**
        Street

        **Grose Ile**      **MI**   **48138**
        City               State  ZIP Code

Dates: 11/22/17 – $12,000
       12/04/17 – $13,000

Total amount or value: **$25,000.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.3.** **Mark Wallock**
        Creditor's name
        **120 Country Lane**
        Street

        **Seguin**      **TX**   **78155**
        City            State  ZIP Code

Dates: 11/17/17 $5,000
       12/04/17 $5,235
       12/22/17 $5,235

Total amount or value: **$15,470.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.4.** **Green Capital Funding, LLC**
        Creditor's name
        **1 Evertrust Plaza, 14th Floor**
        Street

        **Jersey City**     **NJ**   **07302**
        City                State  ZIP Code

Dates: 10/19/17 $8,000

Total amount or value: **$8,000.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.5.** **Progressive County Mutual**
        Creditor's name

        Street

        City                State  ZIP Code

Dates: 12/06/17 – $9,354.40
       12/06/17 – $6,031.86

Total amount or value: **$15,386.23**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

Debtor   __Triad Well Service, LLC_____   Case number (if known)   __18-30150_____
             Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

3.6. **Enterprise Truck Leasing**
Creditor's name
**1505 Harry Wurzbach**
Street

**San Antonio**    **TX**   **78209**
City           State    ZIP Code

Total amount or value: **$25,371.30**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   __vechicle leases_____

Dates:

1/12/18
$400
1/11/18 -
$2,073.53
1/09/18
$400
1/08/18
$400
1/04/18 -
$1,963.44
1/04/18
$400
12/28/17
$59.35
12/28/17
$400
12/29/17
$400
12/20/17
$400
12/14/17
$400
12/14/17 -
$1,934.35
12/13/17 -
$2,635.38
12/07/17
$400
12/05/17 -
$1,905.55
12/04/17
$400
11/29/17 -
$1,701.78
11/24/17
$1,935
11/14/17 -
$1,726.14
11/03/17
868.70
11/02/17
$646.95
10/31/17 -
$1,921.02
10/30/17
$1,000
10/27/17
$500
10/17/17
$500

Debtor   **Triad Well Service, LLC**                                Case number (if known) **18-30150**
         Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Check all that apply

3.7. **Ford Motor Credit**
     Creditor's name

**PO Box 107104**
Street

**Atlanta, GA**

_____
City          State   ZIP Code

Dates:
12/19/17 -
**$571.76**
12/19/17 -
**$544.58**
12/19/17 -
**$1,634.24**
10/26/17 -
**$1,675.10;**
10/26/17 -
**$1,116.39**
10/26/17 -
**$1,116.29**

Total amount or value **$6,658.36**

Reasons for payment or transfer
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **co-debtor**

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. **Michael T. Kramer**
     Insider's name

**4210 Waterbeck**
Street

**Fulshear**           **TX**   **77441**
City            State   ZIP Code

Dates:
1/15/17 -
1/15/18

Total amount or value **$252,935.00**

Reasons for payment or transfer
Out of the $252,935
disbursements were made to
the following parties:
Glenn Paxton - $58,935.
Al Massey - $76,850.
Michael T. Kramer - $84,150

Relationship to debtor

**Debtor's president**

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Debtor | Triad Well Service, LLC | Case number (if known) | 18-30150 |
|---|---|---|---|
| | Name | | |

## Part 3:    Legal Actions or Assignments

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Argus Capital v Triad Specialty Sol et al | Petition to enforce foreign judgment | Co Ct at Law #3, Ft. Bend Co, TX<br>Name<br>301 Jackson St<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>17-CV-060850 | | Richmond          TX     77469<br>City                 State   ZIP Code | |
| 7.2. | Argus Capital v Triad Specialty Sol etal | Confession of Judgment | Supreme Ct, Orange Co., NY<br>Name<br>255 Main St.<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>Index EF006646-2017 | | Goshien          NY     10924<br>City                 State   ZIP Code | |
| 7.3. | Complete Busines Sol v Triad Well Serv | Confession of Judgment | Philadelphia Co, PA Ct of Common Ple<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>170803364 | | Philadelphia          PA<br>City                 State   ZIP Code | |
| 7.4. | Green Capital Funding v Triad Well Serv | Confession of Judgment | Supreme Ct, unknown Co., NY<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>unknown | | <br>City                 State   ZIP Code | |
| 7.5. | Kings Cash Grp v Triad Well Serv etal | Judgment | Supreme Ct, Orange Co, NY<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>Index #EF006668-17 | | <br>City                 State   ZIP Code | |

Debtor   **Triad Well Service, LLC**                        Case number (if known)   **18-30150**
         Name

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Last Chance Funding v Triad Well Serv** | Judgment | **Supreme Ct, Nassau Co., NY**<br>Name<br>_____<br>Street<br>_____<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
|  | Case number<br>**Index #613664/2017** |  |  |  |
| 7.7. | **Richmond Cap Grp v Triad Well Serv etal** | Confession of Judgment | **Supreme Ct, unknown Co, NY**<br>Name<br>_____<br>Street<br>_____<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
|  | Case number<br>**unknown** |  |  |  |
| 7.8. | **TVT Capital v Triad Well Service et al** | Confession of Judgment | **Supreme Ct, unknown Co., NY**<br>Name<br>_____<br>Street<br>_____<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
|  | Case number<br>**Unknown** |  |  |  |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | **Certain Losses** |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor   **Triad Well Service, LLC**
<br>Name

Case number (if known)   **18-30150**

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Fuqua & Associates, PC** | | 10/26/17<br>$5000.<br>11/09/17<br>$5000.<br>12/08/17<br>$5000.<br>01/12/18<br>$22,666.60 | $37,666.60 |
| Address | | | |
| **5005 Riverway**<br>Street | | | |
| **Suite 250** | | | |
| **Houston**       **TX    77056**<br>City       State   ZIP Code | | | |
| Email or website address | | | |
| **RLFuqua@FuquaLegal.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor   **Triad Well Service, LLC**_____      Case number (if known) **18-30150**_____
           <small>Name</small>

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    __Triad Well Service, LLC_____    Case number (if known) __18-30150_____
           Name

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Triad Well Service, LLC**_____   Case number (if known)  **18-30150**_____
      <sub>Name</sub>

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

26a.1.  **James V. Liska, CPA**_____
      <sub>Name</sub>
      **PO Box 549**_____
      <sub>Street</sub>

      **Brookshire**_____**TX**_____**77423**_____
      <sub>City</sub>           <sub>State</sub>   <sub>ZIP Code</sub>

**Dates of service**

From _____  To  __**present**____

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

26c.1.  **Michael T. Kramer**_____
      <sub>Name</sub>
      **PO Box 549**_____
      <sub>Street</sub>

      **Brookshire**_____**TX**_____**77423**_____
      <sub>City</sub>           <sub>State</sub>   <sub>ZIP Code</sub>

**If any books of account and records are unavailable, explain why**

**Name and address**

26c.2.  **James T. Liska, CPA**_____
      <sub>Name</sub>
      **PO Box 549**_____
      <sub>Street</sub>

      **Brookshire**_____**TX**_____**77423**_____
      <sub>City</sub>           <sub>State</sub>   <sub>ZIP Code</sub>

**If any books of account and records are unavailable, explain why**

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   **Triad Well Service, LLC**                                    Case number (if known)   **18-30150**
　　　　　Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael T. Kramer | PO Box 549<br>Brookshire, TX 77423 | President / Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of<br>any interest | Period during which position<br>or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/29/2018**
　　　　　　　MM / DD / YYYY

X ~~Michael T. Kramer~~                                    Printed name   **Michael T. Kramer**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes