UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRIAD WELL SERVICE, LLC | § | CASE NO. 18-30150 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

*AMENDED* AFFIDAVIT OF PROPOSED COUNSEL PURSUANT TO
11 U.S.C.A § 327(a) AND FED. R. BKTCY. P. 2014(a)

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

"I, Richard L. Fuqua, being duly sworn, depose and state the following:

I.

I am an attorney-at-law duly licensed to practice in the State of Texas. I am admitted to practice in the United States District Court for the Southern District of Texas, as well as other Districts. Further, I am also admitted to practice before the United States Fifth Circuit Court of Appeals. I maintain my law practice at the law firm of Fuqua & Associates, P.C., 5005 Riverway, Suite 250, Houston, Texas 77056.

At the present time, my services for all of the firm's clients are billed at the rate of $500.00 an hour. The fees which shall be charged by the firm of Fuqua & Associates, P.C. to the Debtor's estate are as follows:

| | |
|---|---|
| Mary Ann Bartee, Associate | $250.00 an hour |
| Michael L. Fuqua, Associate | $225.00 an hour |
| T.J. O'Dowd, Legal Assistant | $95.00 an hour |

II.

Neither I nor Fuqua & Associates, P.C. have any connection of any kind or nature with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

Neither I, nor the law firm of Fuqua & Associates, P.C. hold or represent any interest adverse to the Debtor or its estate in the matters upon which we are to be engaged by the Debtor. Fuqua & Associates, P.C. and I are both disinterested persons. Neither I nor the law firm of Fuqua & Associates, P.C. are creditors, equity security holders, or insiders, as defined in 11 U.S.C.§ 101(31), of the Debtor. This firm has continuously represented the Debtor in pre-petition attempts at avoiding the necessity of filing the instant Chapter 11. In connection with our pre-petition representation, we were compensated by the Debtor in accordance with the disclosure set forth in our Disclosure of Compensation.

The employment of Fuqua & Associates, P.C. is in the best interests of the Debtor and its estate."

Further, Affiant sayeth not.

                                               */s/ Richard L. Fuqua*
                                               Richard L. Fuqua

SWORN TO AND SUBSCRIBED BEFORE ME by Richard L. Fuqua, on this the 31st day of January, 2018, to certify which witness my hand and official seal of office.

                                               */s/ Tommie Jo O'Dowd, Notary Public*
                                               NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS
                                               My Commission Expires: Feb. 16, 2018